UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.                                           CASE NO. 8:16-CR-291-T-17TBM

GREGORY PHELPS.

_____/

ORDER

This cause is before the Court on:

Dkt. 67       Unopposed Motion for Defendant Gregory Phelps to
              Attend Status Conference

Defendant Gregory Phelps is in custody of the U.S. Marshal, and is detained in Pinellas County Jail. Defendant Phelps wishes to attend the Status Conference scheduled on Friday, September 30, 2016 at 10:30 a.m. in Courtroom 14A, and requests an Order requiring Defendant Phelps to be transported to the Status Conference.

The Government does not object to Defendant Phelps' Motion.

After consideration, the Court grants Defendant Phelps' Unopposed Motion for Defendant Gregory Phelps to Attend Status Conference. Accordingly, it is

**ORDERED** that Defendant Phelps' Unopposed Motion for Defendant Gregory Phelps to Attend Status Conference (Dkt. 67) is **granted**, and the U.S. Marshal **shall transport** Defendant Gregory Phelps from Pinellas County Jail to the Status Conference on Friday, September 30, 2016 at 10:30 a.m.

Case No. 8:16-CR-291-T-17TBM

      **DONE and ORDERED** in Chambers in Tampa, Florida on this 26th day of September, 2016.

                              ELIZABETH A. KOVACHEVICH
                              United States District Judge

Copies to:
All parties and counsel of record

U.S. Marshal