UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:16-cr-291-T-17TGW

GREGORY PHELPS

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture for the following:

> The real property located at 3608 West Oklahoma Avenue, Tampa, Florida, being the same premises conveyed to Gregory Scott Phelps, on September 11, 2002, and recorded on September 12, 2002, in Hillsborough County in Book 11929, Page 819, Instrument Number 2002311788, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 4 & the East 12.5 feet of Lot 5, Block 15, Interbay, together with the North ½ of the vacated alley adjoining on, according to map or plat thereof recorded in Plat Book 8, page 36, of the Public Records of Hillsborough County, Florida.
>
> Property Identification Number: 133118.0000.

Being fully advised of the relevant facts, the Court hereby finds that the real property identified above was used and intended to be used to facilitate the drug trafficking conspiracy to which the defendant pled guilty.

CASE NO. 8:16-CR-291-T-17TGW

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the real property identified above is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 23RD day of JANUARY, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record

2