UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE No. 8:16-CR-291-T-17TGW

GREGORY PHELPS

___

### REPORT AND RECOMMENDATION

Doug Belden, the Hillsborough County Tax Collector, filed a Verified Petition regarding the tax collector's interest on real property that is subject to forfeiture (Doc. 196). The Verified Petition (id.) was referred to me for a Report and Recommendation (Doc. 197). Based on the lack of opposition from the petitioner regarding the government's notice of the priority of paying the ad valorem real property taxes and non-ad valorem assessments on the real property subject to forfeiture (see Doc. 198), I recommend that the taxes and assessments be paid as set forth in the government's notice.

According to the petition, there are unpaid ad valorem real property taxes and non-ad valorem assessments on the real property (Doc. 196). As indicated, the real property in question is subject to forfeiture. After the Verified Petition was filed, the government filed a notice indicating that

it recognizes that the Tax Collector has an interest in the property (Doc. 198).

The government stated that (id.):

> ...to the extent that there are sufficient proceeds after the payment of government expenses relating to seizure, maintenance, custody, and disposal of the property, the United States will pay any and all *ad valorem* real property taxes and *non-ad valorem* assessments due and owing the Tax Collector up to the date of entry of the final judgment of forfeiture as a priority lien under Florida law.

An order was entered directing the Tax Collector to file a memorandum in opposition to the government's notice if there was an objection to the government's priority of paying the expenses prior to paying the Tax Collector (Doc. 199). The order forewarned that absent an objection by the petitioner regarding the priority of payments from the proceeds of the sale of the real property, a Report and Recommendation would be entered regarding the payment of the tax liens based on the government's notice (id.).

The petitioner has not filed a memorandum in opposition to the government's notice regarding the priority of payments from the proceeds of the sale of the real property. Accordingly, it is assumed that the petitioner has no objection to the government's notice regarding the priority of payment with regard to the property's proceeds from the sale. See Local Rule 3.01(b).

For the foregoing reasons, I, therefore, recommend that the government pay any and all ad valorem real property taxes and non-ad valorem assessments that are due and owing to the Tax Collector as set forth in the government's priority of payments in the government's notice.

Respectfully submitted,

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: MAY 5, 2017

NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.