UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:16-CR-291-T-17TGW

GREGORY PHELPS.

_____/

ORDER

This cause is before the Court on:

Dkt. 196    Verified Petition of Doug Belden, Hillsborough County Tax Collector
Dkt. 198    Notice to the Court
Dkt. 203    Report and Recommendation

The Preliminary Order of Forfeiture of Defendant Gregory Phelps' real property located at 3608 West Oklahoma Avenue, Tampa, FL is part of the Final Judgment (Dkt. 192) entered as to Defendant Gregory Phelps.

In the Verified Petition (Dkt. 196), Doug Belden, Hillsborough County Tax Collector, seeks payment of all taxes and assessments on the real property which is subject to forfeiture, which constitute a superior lien on the property pursuant to Chapter 197, Florida Statutes, including:

1. Unpaid 2014 ad valorem real property taxes and non-ad valorem assessments. The Tax Collector sold a tax certificate for the unpaid 2014 ad valorem and non-ad valorem assessments which is currently due and payable in the amount of $816.49, and which continues to accrue interest.

2. Unpaid 2015 ad valorem real property taxes and non-ad valorem assessments. The Tax Collector sold a tax certificate for the unpaid 2015 ad valorem taxes and non-ad valorem assessments which is currently due and payable in the amount of $867.68, and which continues to accrue interest.

3. Unpaid 2016 <u>ad</u> <u>valorem</u> real property taxes and non-<u>ad</u> <u>valorem</u> assessments which are due in the amount of $2,540.71.

4. Pro-rated amount of 2017 <u>ad</u> <u>valorem</u> real property taxes and non-<u>ad</u> <u>valorem</u> assessments for the property due from January 1, 2017 through the date of forfeiture, including interest and penalties, if any.

The Government agrees that, from the proceeds of the sale of real property located at 3608 West Oklahoma Avenue, Tampa, FL, to the extent that there are sufficient proceeds after the payment of government expenses relating to seizure, maintenance, custody and disposal of the property, the United States will pay any and all <u>ad</u> <u>valorem</u> real property taxes and non-<u>ad</u> <u>valorem</u> assessments due and owing the Tax Collector, up to the date of entry of the final judgment of forfeiture as a priority lien under Florida law. (Dkt. 198).

The assigned Magistrate Judge has entered a Report and Recommendation (Dkt. 203) in which it is recommended that the taxes and assessments be paid as set forth in the Notice (Dkt. 198). In the Report and Recommendation, the assigned Magistrate Judge notes that the Petitioner did not object to the Government's Notice.

The Report and Recommendation was entered on May 5, 2017, and states that a party has fourteen days to file written objections to the Report and Recommendation, and the failure to do so waives the party's right to challenge on appeal any unobjected-to factual finding or legal conclusion. The Court is shortening the time based on the Government's agreement to pay the unpaid <u>ad</u> <u>valorem</u> and non-<u>ad</u> <u>valorem</u> assessments on the subject property, and the Tax Collector's agreement to the Government's priority of payments in the Government's Notice.

The Court has review the pleadings and the record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and **incorporated**. The Verified Petition for unpaid ad valorem real property taxes and non-ad valorem assessments for 2014, 2015, 2016 and a pro-rated amount for 2017, is **granted**, and, to the extent that there are sufficient proceeds from the sale of the subject property, after payment of government expenses relating to seizure, maintenance, custody and disposal of the property, the Government **shall pay** the any and all such amounts due and owing to the Tax Collector up to the date of entry of the final judgment of forfeiture as a priority lien under Florida law.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 17th day of May, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record