UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-291-T-17TGW

GREGORY PHELPS

## FINAL JUDGMENT OF FORFEITURE

The United States moves under 21 U.S.C. § 853 and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final judgment of forfeiture for the following asset which is subject to an January 23, 2017 preliminary order of forfeiture (Doc. 135):

> The real property located at 3608 West Oklahoma Avenue, Tampa, Florida, being the same premises conveyed to Gregory Scott Phelps, on September 11, 2002, and recorded on September 12, 2002, in Hillsborough County in Book 11929, Page 819, Instrument Number 2002311788, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 4 & the East 12.5 feet of Lot 5, Block 15, Interbay, together with the North ½ of the vacated alley adjoining on, according to map or plat thereof recorded in Plat Book 8, page 36, of the Public Records of Hillsborough County, Florida.
>
> Property Identification Number: 133118.0000.

The forfeiture was also included in the criminal judgment (Doc. 192).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from January 27, 2017 through February 25,

2017, the United States published notice of the forfeiture and of its intent to dispose of the Real Property on the official government website, www.forfeiture.gov. Doc. 179. The publication gave notice to all third parties with a legal interest in the Real Property to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.

In accord with 21 U.S.C. § 853(n), the United States properly noticed parties known to have a potential interest in the Real Property, including the Hillsborough County Tax Collector and Andrew H. Warren, State Attorney, Thirtieth Judicial Circuit. The Tax Collector filed a Verified Claim and the United States recognizes their interest in the Real Property, and agrees to pay any and all *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Tax Collector from the proceeds of the sale of the Real Property, to the extent there are sufficient proceeds. Other than the defendant, whose interest was previously forfeited to the United States, and the Tax Collector, whose interest has been recognized, no other persons or entities filed a petition or claimed an interest in the Real Property, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. §

CASE NO. 8:16-CR-291-T-17TGW

853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the Real Property is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the Real Property is now vested in the United States of America, subject to any *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Hillsborough County Tax Collector.

DONE and ORDERED in Tampa, Florida, this 17th day of May, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record